IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-142-AP**

**KIRM G. KATH,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the court on Defendant's Unopposed Motion for Transfer Because of Improper Venue (doc. #142), filed March 11, 2009. The motion is **GRANTED**. This matter is **TRANSFERRED** to the United States District Court for the District of Wyoming as the plaintiff resides in Gillette, Wyoming.

Dated:  March 12, 2009

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court